IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENEE REESE, on behalf of herself and other persons similarly situated, | CIVIL ACTION NO. 17-9786 |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO |
| v. | |
| PLUMREWARD LLC, BRADLEY J. DEROCHE, DEROCHE GRILLS OF GRETNA, LLC AND MOE'S FRANCHISOR, LLC    Defendants. | MAG. JUDGE JANIS VAN MEERVELD |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, please take notice that Plaintiff Renee Reese voluntarily dismisses this action against all Defendants with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims. Voluntary dismissal is appropriate at this time because Defendants have not yet filed either an answer or motion for summary judgment.

*Respectfully submitted:*

*/s/ William H. Beaumont*

Roberto Luis Costales
William H. Beaumont
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
Facsimile:  (504) 272-2956
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, a copy of this Motion was served on counsel for Defendants via the Court's CM/ECF system.

*/s/ William H. Beaumont*